**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1201
_____

ALFREDO HERRERA-REYES,

              Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

              Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  October 25, 2016      Decided:  November 3, 2016

_____

Before AGEE, WYNN, and HARRIS, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Chris E. Greene, GREENE & ASSOCIATES, INC., Charlotte, North Carolina, for Petitioner. Briena L. Strippoli, Senior Litigation Counsel, Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Keith I. McManus, Assistant Director, Civil Division, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfredo Herrera-Reyes, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal of the Immigration Judge's denial of his application for cancellation of removal. Herrera-Reyes challenges the Board's finding that he failed to establish exceptional and extremely unusual hardship to his United States citizen son so as to qualify for relief. Because we lack jurisdiction to review this finding and Herrera-Reyes has not raised any constitutional claims or questions of law, we dismiss the petition for review for the reasons stated by the Board. In re Herrera-Reyes (B.I.A. Feb. 3, 2016); see Sorcia v. Holder, 643 F.3d 117, 124-25 (4th Cir. 2011) (finding no jurisdiction to review discretionary denial of cancellation of removal absent constitutional claim or question of law). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED